UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CV 10105 NMG**

| | |
|---|---|
| ABIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL L. TURNBULL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Civil Action No. ____

RECEIPT # _____
AMOUNT $ ___ 150.00
SUMMONS ISSUED___ N/A
LOCAL RULE 4.1____ —
WAIVER FORM_____ —
MCF ISSUED_____ —
BY DPTY. CLK.____ M.P.
DATE____ 1/15/05

MAGISTRATE JUDGE ___ New May Judge __ **NOTICE OF REMOVAL**

Defendant Michael L. Turnbull, by his attorneys, Testa, Hurwitz & Thibeault, LLP,

hereby file this Notice of Removal of the civil action titled Abiomed, Inc. v. Turnbull, Civil

Action No. 04-5487, from the Superior Court Department of the Trial Court, Suffolk County,

Commonwealth of Massachusetts, to the United States District Court for the District of

Massachusetts, pursuant to 28 U.S.C. §§ 1441 and 1446. Defendant removes this action by

special appearance without waiving any defenses or objections, including, without limitation,

objections to service of process and to personal jurisdiction. As grounds for this Notice of

Removal, Defendant states as follows:

1.     On or about December 17, 2004, Defendant's counsel received a copy of the

Summons and Complaint commencing the above titled action in Massachusetts state court.

(Copies of all state-court papers received by Defendant's counsel are attached hereto as

Attachment A.) Pursuant to Local Rule 81.1 of the Local Rules of the United States Court for

the District of Massachusetts, Defendant will file with this Court certified or attested-to copies of

the docket sheet and all the records and proceedings in the action within thirty (30) days.

2.      This action is a civil action in which Plaintiff seeks monetary damages and injunctive relief, with claims that Defendant misappropriated Plaintiff's trade secrets and confidential and propriety information, tortiously interfered with Plaintiff's contractual and business relations, published defamatory material about Plaintiff and engaged in unfair competition in violation of Mass. Gen. Laws ch. 93A.

3.      This Notice of Removal is being filed within thirty (30) days after receipt by Defendant's counsel of the Summons and Complaint in this action.

4.      This is a civil action over which this Court has original jurisdiction, due to diversity of citizenship, under 28 U.S.C. § 1332(a)(1)(citizens of different states).

5.      There is, and was at all relevant times, complete diversity of citizenship between the parties because Plaintiff is and was a citizen of the Commonwealth of Massachusetts, and the Defendant is and was a citizen of the State of Ohio.

6.      The Complaint alleges that Plaintiff Abiomed, Inc. is a Massachusetts corporation with its principal place of business at 22 Cherry Hill Drive, Danvers, Massachusetts.  See Compl. ¶1.

7.      The Complaint alleges that Defendant resides in the State of Ohio.  See Compl. ¶2.

8.      Each Count of the Complaint alleges that Plaintiff has suffered "substantial, immediate and irreparable harm and damages."  Compl. ¶¶ 21, 26, 32, 35, 40.  Moreover, Count V of the Complaint, which alleges that Defendant violated Mass. Gen. Laws ch. 93A, seeks "treble damages" in addition to actual and compensatory damages.  Id. at ¶ 40.  Consequently, upon information and belief, each matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9.      Removal is proper under 28 U.S.C. §1441 because this Court has original

jurisdiction over the action pursuant to 28 U.S.C. §1332, and this Notice of Removal is filed with

this Court within thirty (30) days of the receipt by Defendant of a copy of the initial pleading

setting forth the claims in this action, as required by 28 U.S.C. § 1446(b).

10.     Defendant will file a certified copy of this Notice of Removal and attachments

with the Clerk of the Superior Court Department of the Trial Court, Suffolk County,

Massachusetts, and will serve a copy upon counsel of record for Plaintiff.

Dated:    January 14, 2005
          Boston, Massachusetts

Respectfully submitted,

MICHAEL L. TURNBULL
By his attorneys,

David S. Godkin (BBO# 196530)
Brian P. Pezza (BBO# 651076)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts  02110
(617) 248-7000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was
served upon the attorney of record for each other party
by mail(by hand) on _____.

PEZZABP\10689\2.3164291_1

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5487  BLS2

(Judge Botsford)

ABIOMED, INC. _____ , Plaintiff(s)

v.

MICHAEL L. TURNBULL _____ , Defendant(s)

## SUMMONS

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**To the above-named Defendant:** Michael L. Turnbull, c/o David Godkin, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High St., Boston, MA 02110

You are hereby summoned and required to serve upon Gabriel M. Helmer, Esq. of Foley Hoag LLP

plaintiff's attorney, whose address is 155 Seaport Blvd, Boston, MA 02210 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the___16th___ day of ___December___, in the year of our Lord two thousand ___four___ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY, ss.                    SUPERIOR COURT DEPARTMENT

ABIOMED, INC.,

                        Plaintiff,        CIVIL ACTION No.    04-5487 BLS

            v.                            **COMPLAINT**
                                          **JURY TRIAL DEMANDED**
MICHAEL L. TURNBULL,

                        Defendant.

Plaintiff ABIOMED, Inc. ("ABIOMED") for its Complaint states as follows:

### NATURE OF THE ACTION

This action arises out of the Defendant's knowing misappropriation and publication of

ABIOMED's highly confidential business information and trade secrets. Defendant, using an

anonymous Internet user name "walterj1190," on information and belief, has misappropriated

highly confidential business information and trade secrets either from ABIOMED and/or from

unidentified sources who are bound by confidentiality agreements and/or duties of

confidentiality to ABIOMED. Defendant knowingly disclosed material, non-public, proprietary

and confidential information and trade secrets of ABIOMED and posted or caused to be posted

such information on public Internet message boards run by Yahoo! Inc. in violation of a duty not

to disclose the information. In addition, Defendant attempted to build credibility gained from

disseminating ABIOMED trade secrets in order to make false and defamatory statements about

ABIOMED's business and products more damaging. ABIOMED hereby alleges claims against

Defendant for misappropriation of trade secrets and confidential and proprietary information,

violation of M.G.L. ch. 93, §§ 42 and 42A, tortious interference with advantageous business and

contractual relations, defamation and violation of the Massachusetts Consumer Protection Act,

.G.L. ch. 93A, § 11.

## PARTIES

1.    ABIOMED is a Delaware corporation with a principle place of business at 22 Cherry Hill Drive, Danvers, Massachusetts.

2.    Defendant is an individual residing in Columbus, Ohio, and the senior sales manager at Thoratec Corporation ("Thoratec"), a California Corporation with a primary place of business in California. Thoratec is a company that designs and manufactures medical devices for circulatory support and vascular graft applications, including ventricular assist devices. Thoratec engages in the sale of ventricular assist devices within the Commonwealth of Massachusetts.

## JURISDICTION AND VENUE

3.    Defendant has engaged in a course of conduct which is intended or reasonably calculated to, and will inevitably cause and lead to, tortious injury in Massachusetts by acts or omissions in this Commonwealth. Defendant also has engaged in a course of conduct which is intended or reasonably calculated to, and will inevitably cause and lead to, tortious injury in Massachusetts by acts or omissions outside this Commonwealth and Defendant regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered, in this Commonwealth. In consequence, jurisdiction over Defendant is proper pursuant to M.G.L. ch. 223A §§ 3 (c) and (d).

4.    Venue is proper in this county pursuant to M.G.L. ch. 223 § 8.

## STATEMENT OF FACTS

A.    **The AbioCor® Replacement Heart**

5.    ABIOMED is a publicly traded company that develops, manufactures and markets innovative cardiovascular products such as the AbioCor® artificial heart, the world's first completely self-contained replacement heart.

- 2 -

6.    With more than 700,000 cardiac deaths per year, heart disease is the leading cause of death in the United States. Approximately half of these are sudden cardiac deaths, which occur so quickly that there is not enough time for intervention with a cardiac assist or replacement device. For the remaining half of cardiac deaths, heart transplantation is one of the few options available today. Though hundreds of thousands are in need, only approximately 2,000 people in the U.S. will be able to receive donor hearts in a given year.

7.    The AbioCor® Implantable Replacement Heart ("the AbioCor®") is an advanced medical system developed by ABIOMED to extend the lives of patients who would otherwise die of heart failure and also to offer a satisfactory quality of life. Designed to fully sustain the body's circulatory system, the AbioCor® is intended for end-stage heart failure patients for whom other treatment options have been exhausted.

8.    The AbioCor® device is the subject of an initial clinical trial being conducted under an Investigational Device Exemption from the United States Food and Drug Administration ("FDA"). The AbioCor® has not been approved for commercial distribution, and is not available for use or sale outside of the initial clinical trial. In connection with the initial clinical trial, ABIOMED obtained FDA approval to implant the AbioCor® device in five (5) patients. The FDA expanded its approval to fifteen (15) patients based upon a review of the results of the initial patients.

B.    **ABIOMED Confidentiality Agreements**

9.    Potential, current and former employees, agents, consultants, customers, suppliers and research partners of ABIOMED enter into confidentiality agreements at the commencement of their relationship with ABIOMED. These employees, agents, consultants, customers, suppliers and research partners of ABIOMED agree not to disclose any confidential proprietary and confidential information without ABIOMED's approval. Hospitals involved in the

- 3 -

AbioCor® clinical trial enter into a Clinical Investigation Agreement with ABIOMED that obligates the hospital and its clinical investigators, staff, contractors and agents to preserve the confidentiality of all information disclosed to them by ABIOMED including the details of pre-clinical and clinical testing.

10.     One piece of confidential information that ABIOMED seeks to protect through these agreements is the fact that an AbioCor® device has been implanted in a patient as part of the clinical trial. ABIOMED also keeps confidential the timing of the AbioCor® implantation and the name and location of the hospital in which doctors implanted the patient with an AbioCor® device. These confidential details reflect highly personal and private details of a patient's condition and treatment and they also reveal highly confidential ABIOMED decisions relating to the development and commercialization of the AbioCor® device. Because of considerable scientific and business interest in the AbioCor® device, this confidential information is highly sought after by the media, investors and ABIOMED competitors. As a result, ABIOMED takes significant steps to keep this information secret. For example, under ABIOMED policy, the fact that an AbioCor® implantation has occurred is typically not disclosed, absent premature disclosure by a third-party, until 30 days have elapsed, in order to protect the patient's privacy.

## C.    The Yahoo! Message Board Postings

11.     The Internet website Yahoo! <<http://www.yahoo.com>> maintains public message boards dedicated to a variety of subjects, including publicly traded companies. Among the various message boards that Yahoo! offers is a message board devoted to topics concerning ABIOMED, which may be found at <<http://finance.yahoo.com/q/mb?s=ABMD>> ("the Yahoo! message board"). ABIOMED has no affiliation with and does not contribute or exercise control over the Yahoo! message board.

12.     Internet users visiting the Yahoo! message board may post text messages and read text messages relating to ABIOMED. Any Internet user can view messages. To post a message, however, an Internet user must first select a user name and a password. During this registration process, the user is asked to supply the user's first and last names, email account and other pieces of information.

13.     On or about December 29, 2000, Defendant registered on the Yahoo! website under the user name "walterj1190," supplying false information concerning his name and address.

14.     Defendant is employed as an executive of, and holds stock options and other financial interests in, a company which competes directly with ABIOMED.

15.     Between at least 2001 and the present, Defendant has disclosed confidential information and trade secrets that would only have been known to ABIOMED employees, agents, consultants, customers, suppliers and research partners. Defendant obtained said confidential information and trade secrets directly from ABIOMED employees, agents, consultants, customers, suppliers and/or research partners. Defendant identified these parties as "sources" in more than one posting, copies of which are attached as <u>Exhibit A</u>. Defendant obtained this information from "sources" with full knowledge of ABIOMED's efforts to keep this information confidential, going so far as to refer to the information as "insider information" in a series of messages posted in May 2004, copies of which are attached as <u>Exhibit B</u>. Upon information and belief, Defendant disclosed and acquired ABIOMED's confidential information and trade secrets for personal and professional gain, for the purpose of disseminating this confidential information to the public on the ABIOMED message board and lend credibility to Defendant's campaign of defamatory and disparaging statements.

16.    The information defendants intentionally posted to the Yahoo! message board included such confidential details as the dates and locations of the implantation of AbioCor® devices in several patients.  For example, Defendant disclosed the implantation of an AbioCor® device in a patient on February 2004 at the Texas Heart Institute in a series of messages, copies of which are attached as <u>Exhibit C</u>.  Defendant also disclosed confidential details of the AbioCor® clinical trial on several other occasions, including on or around March 3, 2003, May 4, 2004 and May 25, 2004.

17.    Defendant systematically defamed and disparaged ABIOMED and its products, using the credibility Defendant gained for posting ABIOMED proprietary information to convince other Internet users that Defendant's malicious, false and defamatory statements were true.  In one example of Defendant's defamatory statement, Defendant posted a public message that "100% of the [AbioCor] patients have suffered strokes," a copy of which is attached as <u>Exhibit D</u>, knowing the statement to be false and damaging to ABIOMED's business reputation.  Plaintiff is informed and believe that Defendant published similar defamatory statements on the Yahoo! message board in order to damage ABIOMED's business and obtain a competitive advantage for Defendant and his employer, Thoratec.

### Count I:  Misappropriation of Trade Secrets and <br> Confidential and Proprietary Information

18.    ABIOMED repeats and incorporates herein by reference the allegations of Paragraphs 1 through 13.

19.    Upon information and belief, Defendant has misappropriated confidential and proprietary clinical research information and trade secrets of ABIOMED.

20.    Defendant has misappropriated ABIOMED's confidential and proprietary clinical research information and trade secrets by improper means and in violation of a confidential

relationship with ABIOMED.

21.    As a result of Defendant's actions as set forth above, ABIOMED has suffered and continues to suffer substantial, immediate and irreparable harm and damages.

## Count II:  Violation of M.G.L. Ch. 93 §§ 42 and 42A

22.    ABIOMED repeats and incorporates herein by reference the allegations of Paragraphs 1 through 17.

23.    Upon information and belief, Defendant has stolen, copied, and carried away confidential and proprietary information and trade secrets of ABIOMED with intent to disclose it and convert it to his own use.

24.    Defendant has misappropriated ABIOMED's confidential and proprietary information and trade secrets by improper means and in violation of a confidential relationship with ABIOMED.

25.    Defendant's misappropriation of ABIOMED's confidential and proprietary information and trade secrets as set forth above constitutes a violation of M.G.L. ch. 93, §§ 42 and 42A.

26.    As a result of Defendant's actions as set forth above, ABIOMED has suffered and continues to suffer substantial, immediate and irreparable harm and damages.

## Count III:  Tortious Interference With Advantageous Business and Contractual Relations

27.    ABIOMED repeats and incorporates herein by reference the allegations of Paragraphs 1 through 22.

28.    ABIOMED entered into advantageous business and contractual relationships with its current and former employees, agents, consultants, customers, suppliers and research partners.

29.    Defendant induced current or former employees, agents, consultants, customers,

suppliers or research partners of ABIOMED to breach the terms of confidentiality agreements with ABIOMED and to breach duties of confidentiality owed to ABIOMED.

30.     Defendant was at all relevant times aware of ABIOMED's advantageous business and contractual relationship(s).

31.     Defendant interfered with ABIOMED's advantageous business and contractual relationships with improper motives and by improper means.

32.     Due to Defendant's actions as set forth above, ABIOMED has suffered and continues to suffer substantial, immediate and irreparable harm and damages.

### Count IV: Defamation

33.     ABIOMED repeats and incorporates herein by reference the allegations of Paragraphs 1 through 30.

34.     Defendants intentionally made false statements concerning Plaintiffs to numerous third-parties and Internet users. These statements were made electronically, orally and in writing and designed to damage Plaintiffs' reputation and prejudiced the Plaintiff's profession and business.

35.     As a result of Defendants' actions as set forth above, Plaintiffs have suffered and continue to suffer substantial, immediate and irreparable harm and damages. Plaintiffs are entitled to nominal, actual and compensatory damages including recovery for Plaintiffs' economic, non-economic and reputational injuries. Plaintiffs are also entitled to equitable relief.

### Count V: Violation of
### the Massachusetts Consumer Protection Act (M.G.L. ch. 93A, § 11)

36.     ABIOMED repeats and incorporates herein by reference the allegations of Paragraphs 1 through 33.

37.     ABIOMED and Defendant engage in the conduct of a trade or commerce.

- 8 -

38.     Through his systematic obtaining of Defendant's confidential information, disclosure and publication of such info, and accompanying pattern of defamation, Defendant has employed unfair methods of competition and unfair and deceptive acts or practices.

39.     The foregoing acts have been willful, intentional and malicious.

40.     Defendant's unfair acts or practices have caused Plaintiff to suffer and continue to suffer substantial, immediate and irreparable harm and damages.  Plaintiff are entitled to actual and compensatory damages as well as up to treble damages for Defendant's willful conduct and equitable relief.

## PRAYERS FOR RELIEF

WHEREFORE, ABIOMED requests that this Court:

1.     Enter judgment in favor of ABIOMED and against Defendant on Counts I through V;

2.     Award ABIOMED its monetary damages according to proof as well as multiple damages;

3.     Award ABIOMED costs and attorney's fees reasonably occurred therein;

4.     Issue a preliminary and permanent injunction prohibiting Defendant from obtaining, using or disclosing any confidential and proprietary information and trade secrets of ABIOMED; and

5.     Award ABIOMED such other and further relief as the Court deems just and proper.

- 9 -

## JURY TRIAL DEMANDED

Plaintiff demands a jury trial of all issues so triable.

ABIOMED, INC.

By its attorneys,

Michael P. Boudett  BBO#558757
Gabriel M. Helmer BBO#652640
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110-2600
(617) 832-1000

Dated:  December 16, 2004

225

Exhibit A

Yahoo!  My Yahoo!  Mail

**YAHOO! FINANCE**  **Sign In**
Message Boards    New User? Sign Up

Search the web  [Search]

Message Boards Home - Help

powered by 

 


Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > **ABMD (Abiomed, Inc.)**

Options - Edit Public Profile - Sign In

## Yahoo! Message Boards: ABMD

 Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #:   [Go] 📝Reply

ADVERTISEMENT

**Recommend this Post**          Ignore this User | Report Abuse

**Re: NEWS!**                     02/27/03 01:58 pm
by: walterj1190                   Msg: 16359 of 19339

Tom,

My sources tell me Texas Heart.

Tell me, did you jump to my last post or did you read all of my cute little messages?

Walter

Posted as a reply to: Msg 16353 by tampotom

**Message Thread** [ View ]          Profanity filter is Off [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #:   [Go] 📝Reply

[Search] 

◉ All  ○ Subject  ○ Message Text  ○ Authors

**ABMD Snapshot**
ABMD 23-Aug @ 4:00pm
ABMD 9.77 +0.10

quotes delayed 20 mins
Symbol Lookup
Quote data provided by

Chart, Financials, Historical Prices
Messages, News, Profile, Reports
Filings, more...
Get Streaming Real-Time
with Yahoo Finance

Yahoo! My Yahoo! Mail

# YAHOO! FINANCE
**Message Boards**

Sign In
New User? Sign Up

Search
the web

Search

Message Boards Home - Help

powered by hp





Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

## Yahoo! Message Boards: ABMD

Options - Edit Public Profile - Sign In

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #:    Go    Reply

Recommend this Post - This post has 1 recommendation   Ignore this User | Report Abuse

### Re: Is Walter an employee of............
by: walterj1190

10/18/01 06:27 pm
Msg: 8953 of 19339

I've been discovered. I am in reality, Keith Grossman, President & CEO of Thoratec.

By the way, I admitted a long time ago that I was a THOR long. And yes, OUR stock is doing well and OUR odds are very good and OUR lead is substantial in the race to treat end stage HF patients with devices. OUR = other THOR longs, not THOR employees.

And while my posts have been more combative of late, I've not taken any personal shots at any individuals on this board nor have I attacked ABMD the company or its employees. My posts are based on my convictions that the Abiocor will serve a small niche and that LVAD's will device of choice for many, many more patients.

Regarding my sources, I also told you a long time ago that I talk w/ CV surgeons every single day. I don't need to be an employee of Thoratec to have sources who have seen and talked with the first three patients and the physicians involved.

Posted as a reply to: Msg 8943 by billphotog

Message Thread [ View ]

< Previous | Next > [ First | Last | Msg List ] Msg #:

Profanity filter is Off [ Turn On ]

Go    Reply

Search



ABM
10.1
10.0
9.9
9.8
9.7
9.6
1

AI

quote:

Quc

Chart, Financi
Messages, N

Get !

Exhibit B



Yahoo! My Yahoo! Mail

# YAHOO! FINANCE
**Message Boards**

Sign In
New User? Sign Up



Search the web

Message Boards Home - Help


Powered by


Schwab Trader CT
LEARN MORE


OPTIONS



Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options - Edit Public Profile - Sign In

## Yahoo! Message Boards: ABMD

☆ Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ]  Msg #: [____]  📧 📝Reply  📝Post

**Recommend this Post**

Ignore this User | Report Abuse

**13?**
by: remi_4444

05/03/04 05:23 pm
Msg: 18447 of 18814

eom

**Message Thread** [ View ]

Profanity filter is Off [ Turn On ]

< Previous | Next > [ First | Last | Msg List ]  Msg #: [____]  📧 📝Reply  📝Post

[_____] Search
◉ All  ○ Subject  ○ Message Text  ◉ Authors



ADVE

If it's in your life

Click t

**ABMD**
ABMD 18-Jun
13.0
12.9
12.8
12.7
12.6
10am

ABMD 12.8

quotes delayed
Symb
Quote data p

Chart, Financials, Histo
Messages, News, Optio
SEC Fi
Get Streaming
with Y

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

**YAHOO! FINANCE** Sign In
New User? Sign Up
Message Boards



Search
the web

Message Boards Home - Help



Schwab Trader CT·
LEARN MORE

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options - Edit Public Profile - Sign In

## Yahoo! Message Boards: ABMD

Add to My Yahoo!

< Previous | Next > [ First | Last | Msg List ] Msg #: [      ] Reply Post

**Recommend this Post**

Ignore this User | Report Abuse

ADVE

### Re: 13?
by: tampotom
Long-Term Sentiment: Hold

05/04/04 11:49 am
Msg: 18448 of 18814

Dollars per share today, or implant yesterday?

tampotom

Posted as a reply to: Msg 18447 by remi_4444

**Message Thread** [ View ]

Profanity filter is Off [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [      ]  Reply Post

ABMD
ABMD 18-Jun

13.0
12.9
12.8
12.7
12.6
10AM

ABMD 12.

Search

◉ All   ○ Subject   ○ Message Text   ○ Authors

quotes delayed
Sym
Quote data p

Chart, Financials, Histo
Messages, News, Optio
SEC Fi
Get Streaming
with Y

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Yahoo!  My Yahoo!  Mail

# YAHOO!FINANCE
### Message Boards

Sign In
New User? Sign Up

Search the web 

Message Boards Home · Help

powered by

 

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options · Edit Public Profile · Sign In

## Yahoo! Message Boards: ABMD

Add to My Yahoo!

< Previous | Next > [ First | Last | Msg List ] Msg #: [ ]  Go  Reply  Post   ADVE

Recommend this Post

Ignore this User | Report Abuse

**Re: 13?**
by: walterj1190

05/04/04 04:53 pm
Msg: 18449 of 18814

Implant yesterday in Louisville.

Walter

Posted as a reply to: Msg 18448 by tampotom

**Message Thread** [ View ]

Profanity filter is Off [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #:   Go  Reply  Post

Search

◉ All   ○ Subject   ○ Message Text   ○ Authors

ABMD
ABMD 18-Jun
13.0
12.9
12.8
12.7
12.6
10am      1

ABMD  12.
quotes delayed
Sym
Quote data p

Chart, Financials, Histo
Messages, News, Optio
SEC Fi
Get Streaming
with Y

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

 



Message Boards Home - Help

 

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options - Edit Public Profile - Sign In

## Yahoo! Message Boards: ABMD

Add to My Yahoo!

< Previous | Next > [ First | Last | Msg List ] Msg #: ⬚ 🔲          ✏️ Reply  ✏️ Post

Recommend this Post - This post has 1 recommendation  Ignore this User | Report Abuse

**Re: 13?**                                            05/04/04 05:26 pm
by: tempotom                                       Msg: 18450 of 18814
Long-Term Sentiment: Hold

Dear Walter:

Heavens, but you are a wealth of insider information. You really must start investing in this company.

Tom

with We
online r

wet

Posted as a reply to: Msg 18449 by walterj1190

Message Thread [ View ]

< Previous | Next > [ First | Last | Msg List ] Msg #: ⬚          Profanity filter is Off [ Turn On ]

🔲 Go          ✏️ Reply  ✏️ Post

ABMD
13.0
12.9
12.8
12.7
12.6
1

AB

quote:

Quo

Chart, Financi:
Messages, Nev

Get {

⊙ All  ○ Subject  ○ Message Text  ○ Authors

🔲 Search

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Yahoo! My Yahoo! Mail


**YAHOO!FINANCE** Sign In
Message Boards   New User? Sign Up

Search the web

Message Boards Home - Help



Schwab Trader CT®   HARRISdirect
LEARN MORE

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options - Edit Public Profile - Sign In

# Yahoo! Message Boards: ABMD

Add to My Yahoo!

< Previous | Next > | [ First | Last | Msg List ] Msg #:     [GO] 🖉 Reply 🖉 Post
**Recommend this Post**                                  Ignore this User | Report Abuse

**Re: 13?**                                              05/04/04 11:52 pm
by: walterj1190                                          Msg: 18452 of 18807

Tom,

It is because of the wealth of inside information that I have that I do NOT invest in this company!

Walter

Posted as a reply to: Msg 18450 by tampotom

**Message Thread** [ View ]                    Profanity filter is Off [ Turn On ]

< Previous | Next > [ First | Last ] Msg List ] Msg #:   [GO] 🖉 Reply 🖉 Post

[Search]

◉ All  ○ Subject  ◉ Message Text  ○ Authors



ABMD
ABMD 17-Jun
12.8
12.6
12.4
12.2
10am
ABMD 12.
quotes delayed
Symb
Quote data p

Chart, Financials, Histo
Messages, News, Option
SEC Fi
Get Streaming
with Y

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Exhibit C



Yahoo  My Yahoo  Mail

# YAHOO! FINANCE  Sign In
Message Boards
New User? Sign Up

Search the web
Message Boards Home - Help



 
OPTIONS
and $100 cred
Schwab Trader CT™
LEARN MORE

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options - Edit Public Profile - Sign In
● Add to My Yahoo

## Yahoo! Message Boards: ABMD

< Previous | Next > | [ First | Last | Msg List ] Msg #: [____] GO Reply Post
Recommend this Post

Ignore this User | Report Abuse

**Finally!**
by: walter1190

02/21/04 03:46 am
Msg: 18176 of 18807

Good news coming from Houston

Message Thread [ View ]

Profanity filter is Off [ Turn On ]

< Previous | Next > | [ First | Last | Msg List ] Msg #: [__] Go Reply Post



[_____] Search
● All ○ Subject ○ Message Text ○ Authors

ABMD
ABMD 17-Jun
12.8
12.6
12.4
12.2
10am
ABMD 12.
quotes delayed
Sym
Quote data p

Chart, Financials, Histo
Messages, News, Optio
SEC Fi
Get Streaming
with Y

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Yahoo!  My Yahoo!  Mail

# YAHOO! FINANCE
### Message Boards
Sign In
New User? Sign Up

Search the web

Message Boards Home - Help



  
LEARN MORE

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options - Edit Public Profile - Sign In

## Yahoo! Message Boards: ABMD

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #:          Reply  Post

Recommend this Post

Ignore this User | Report Abuse

### Re: Finally!
by: walterj1190

02/22/04 09:22 pm
Msg: 18179 of 18807

Looks like an implant at Texas Heart.

Walter

Posted as a reply to: Msg 18178 by walterj1190

**Message Thread** [ View ]

**Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #:          Go!  Reply  Post

Search

◉ All  ○ Subject  ○ Message Text  ○ Authors

ADVE

with WebEx
online meetir

webex

ABMD
ABMD 17-Jun
12.8
12.6
12.4
12.2
10am
ABMD 12.
quotes delayed
Syml
Quote data pi

Chart, Financials, Histo
Messages, News, Optio
SEC Fi
Get Streamin
with Y

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the internet, please visit the SEC Web site.

Yahoo! My Yahoo! Mail

# YAHOO! FINANCE  Sign In
Message Boards    New User? Sign Up

Message Boards Home · Help



Schwab Trader CT · LEARN MORE    HARRIS*direct*

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

Options - Edit Public Profile - Sign In

## Yahoo! Message Boards: ABMD

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [____] [Go] ☑ Reply ☑ Post
Recommend this Post

Ignore this User | Report Abuse

### Re: Finally!
by: remi_4444

02/23/04 10:56 am
Msg: 18184 of 18807

I'll second the confirmation.

Posted as a reply to: Msg 18183 by walterj1190

Message Thread [ View ]

Profanity filter is Off [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [____] [Go] ☑ Reply ☑ Post

[ Search ]

● All   ○ Subject   ○ Message Text   ○ Authors

ABMD
ABMD 17-Jun
12.8
12.6
12.4
12.2
10am
ABMD 12.
quotes delayed
Symbol
Quote data p

Chart, Financials, Histo
Messages, News, Option
SEC Fi
Get Streaming
with Y

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

**Exhibit D**



# YAHOO! FINANCE

**Sign In**
New User? Sign Up



Search
the Web

ADVERTISEMENT

Message Boards Home - Help

Options - Edit Public Profile

Add to My Yahoo

Top > Business & Finance > Investments > Sectors > Healthcare > Medical Equipment and Supplies > ABMD (Abiomed, Inc.)

## Yahoo! Message Boards: ABMD

<Previous | Next> [ First | Last | Msg List ] Msg #: [ ] Go

**Recommend this Post**

### Re: CardioWest-->No Competition
by: waltejr1190

Reply

Ignore this User | Report Abuse

03/19/04 12:33 am
Msg: 18267 of 19663

HEF,

I don't have the statistics at hand but the stroke rate for the CardioWest is less than 10% and a very high percentage (70%+) of the patients treated with the CardioWest were successfully bridged to transplant. I did not say that 100% of the patients on the Abiocor died from stroke but that 100% of the patients have suffered strokes. Since the CardioWest will be approved for bridge to transplant and the Abiocor is seeking a different indication it's not totally fair to compare the results of the two devices. However, from a performance within the chosen indication perspective the CardioWest has been successful and the Abiocor has not.

Walter

Scottrade $7 Trades

charlesSCHWAB

ABMD Snapshot
10-Nov @ 2:00pm (C)Yahoo!

Posted as a reply to: Msg 18261 by thehef2002

Message Thread [ View ]

< Previous | Next > [ First | Last | Msg List ] Msg #:

Profanity filter is Off [ Turn On ]

[ Go ]     📧 Reply

[ Search ]

⦿ All  ◯ Subject  ◯ Message Text  ◯ Authors

ABMD 15.41 +0.14 +0.92%

[ Get Quotes ]

quotes delayed 20 mins - disclaimer
Symbol Lookup
Quote data provided by Reuters

Chart, Financials, Historical Prices, Industry, Insider,
Messages, News, Profile, Reports, Research, SEC
Filings, more...

Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2004 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright Policy - Guidelines - Help - Ad Feedback

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ABIOMED, INC.

## DEFENDANTS

MICHAEL L. TURNBULL

05 10105 NMG

(b) County of Residence of First Listed Plaintiff    Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael P. Boudett, Esq. / Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02110 (617) 832-1000

Attorneys (If Known)
David S. Godkin, Esq. / Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, MA 02110 (617) 248-7000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☒ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Seeking removal from State Court under 28 U.S.C. 1441 and 1446.

Brief description of cause:
Defamation, misappropriation of confidential information and unfair trade practices

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 75,000+

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  01/14/2005

SIGNATURE OF ATTORNEY OF RECORD  _David S. Godkin_

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____