UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05CV10105NMG |
| ) | |
| MICHAEL L. TURNBULL, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Michael L. Turnbull hereby moves to dismiss with prejudice Plaintiff Abiomed, Inc.'s Complaint for lack of personal jurisdiction. As grounds therefore, Defendant states as follows:

1. This Court lacks personal jurisdiction over Defendant, an Ohio resident, because the exercise of personal jurisdiction does not comport with the due process requirements of Article XIV of the United States Constitution.

2. This Court also lacks personal jurisdiction because the Massachusetts long-arm statute, Mass. Gen. Laws ch. 223A, §(c)-(d) (2004), does not authorize jurisdiction over the Defendant.

3. A Memorandum of Law in support of this Motion is included herewith and incorporated herein by reference.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on this Motion.

WHEREFORE, Defendant Michael L. Turnbull respectfully requests that the Court grant this Motion and dismiss Plaintiff Abiomed, Inc.'s Complaint for lack of personal jurisdiction.

Dated: January 24, 2004

Respectfully submitted,

MICHAEL L. TURNBULL
By his attorneys,

_____
David S. Godkin (BBO# 196530)
Brian P. Pezza (BBO# 651076)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/24/05.

_____

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I certify that counsel for Defendant Michael L. Turnbull conferred by telephone with Gabriel M. Helmer, Esq., counsel for Plaintiff, and attempted in good faith to resolve or narrow the issues presented in Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2), but was unable to do so.

                                          Brian P. Pezza, Esq.,
                                          Counsel for Defendant

PEZZABP\10689\2.3169276_1