UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -1 P 2: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| ABIOMED, INC.,<br>           Plaintiff,<br><br>v.<br><br>MICHAEL L. TURNBULL,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05CV10105NMG

## NOTICE OF CHANGE OF ADDRESS

The undersigned, David S. Godkin, counsel for defendant Michael L. Turnbull, hereby notifies the Court, and certifies that this notice has been given to all parties, that effective February 1, 2005, counsel's new address and telephone number are as follows:

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
268 Summer Street
Boston, MA 02210
Tel: 617-542-3100
Fax: 617-542-3111
Email:godkin@birnbaumgodkin.com

*/s/ David S. Godkin*
David S. Godkin (BBO #196530)
Brian P. Pezza (BBO #651076)
TESTA, HURWITZ & THIBEAULT, LLP
(a limited liability partnership in dissolution)
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

Dated: January 31, 2005

## CERTIFICATE OF SERVICE

I, David S. Godkin, hereby certify that on January 31, 2005 I caused a copy of the foregoing to be served by first class mail, postage prepaid, on all counsel of record as follows:

Gabriel M. Helmer, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210

_____
David S. Godkin