UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL L. TURNBULL,<br><br>　　　　　　　Defendant. | Civil Action No. 05-10105 NMG |

**DECLARATION OF GABRIEL M. HELMER
IN OPPOSITION TO DEFENDANT'S
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

I, Gabriel M. Helmer, hereby swear and state:

1. I am an attorney in good standing at the law firm of Foley Hoag LLP, counsel to Plaintiff ABIOMED, Inc. ("ABIOMED") in the above-captioned lawsuit.

2. In my role as counsel for ABIOMED in the lawsuit captioned above, I am familiar with the documents attached hereto.

3. Attached as **Exhibit A** is a true and correct copy of the Company Profile and Visitor Information posted on Thoratec Corporation's ("Thoratec") company website, available at <<http://www.thoratec.com/>>.

4. Attached as **Exhibit B** is a true and correct copy of the Thoratec Corporate Fact Sheet, available at <<http://www.thoratec.com/>>.

5. Attached as **Exhibit C** is a true and correct copy of Message No. 13372 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

6. Attached as **Exhibit D** is a true and correct copy of the article entitled *Thoratec buys firm for $571 million*, E. BAY BUS. TIMES, Oct. 4, 2000, available at <<http://eastbay.bizjournals.com/>>.

7. Attached as **Exhibit E** is a true and correct copy of Message No. 19038 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

8. Attached as **Exhibit F** is a true and correct copy of Message No. 13933 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

9. Attached as **Exhibit G** is a true and correct copy of an ABIOMED confidentiality agreement dated August 25, 2003 which has been redacted to avoid disclosing the identity of the research partner involved.

10. Attached as **Exhibit H** is a true and correct copy of the Yahoo! Inc. Account Management statement for Yahoo! user "walterj1190."

11. Attached as **Exhibit I** is a true and correct copy of Message Nos. 1696, 1694 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

12. Attached as **Exhibit J** is a true and correct copy of Message No. 3011 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

13. Attached as **Exhibit K** is a true and correct copy of Message No. 14031 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

14. Attached as **Exhibit L** is a true and correct copy of Message No. 18452 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

15. Attached as **Exhibit M** is a true and correct copy of Message No. 3870 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

16. Attached as **Exhibit N** is a true and correct copy of Message Nos. 8968 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

17. Attached as **Exhibit O** is a true and correct copy of Message Nos. 6203 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

18. Attached as **Exhibit P** is a true and correct copy of Message Nos. 7175, 4109 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

19. Attached as **Exhibit Q** is a true and correct copy of Message Nos. 18516, 18532, 18118 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

20. Attached as **Exhibit R** is a true and correct copy of Message Nos. 13146, 13070, 12835, 13446, 17611 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

21. Attached as **Exhibit S** is a true and correct copy of Message Nos. 18259, 18267 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

22. Attached as **Exhibit T** is a true and correct copy of Message Nos. 17627, 17626 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

23. Attached as **Exhibit U** is a true and correct copy of Message Nos. 13111, 13109 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

- 4 -

24. Attached as **Exhibit V** is a true and correct copy of Message Nos. 1809, 1858, 2549 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

25. Attached as **Exhibit W** is a true and correct copy of Message Nos. 13410 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

26. Attached as **Exhibit X** is a true and correct copy of Message Nos. 19134 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

27. Attached as **Exhibit Y** is a true and correct copy of Message Nos. 19541 from the ABIOMED message board, available at <<http://messages.yahoo.com/?action=q&board=ABMD>>.

Signed under the penalties of perjury this 7th day of February, 2005.

_Gabriel M. Helmer_
Gabriel M. Helmer