UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC.,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHAEL L. TURNBULL,<br><br>             Defendant. | Civil Action No. 05-10105 NMG |

**NOTICE OF APPEARANCE**

    Pursuant to Local Rule 83.5.2(a), I hereby appear on behalf of the Plaintiff ABIOMED, Inc., in the above-named action.

                                                Respectfully submitted,

                                                 ABIOMED, Inc.,

                                               By its attorney,

                                         **/s/ Michael P. Boudett**
                                         Michael P. Boudett (BBO No. 558757)
                                         FOLEY HOAG LLP
                                         Seaport World Trade Center West
                                         155 Seaport Boulevard
                                         Boston, MA 02210
                                         (617) 832.1000

                                         ATTORNEY FOR PLAINTIFFS

Dated: March 9, 2005