UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL L. TURNBULL,<br><br>                Defendant. | Civil Action No. 05-10105 NMG |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), I hereby appear on behalf of the Plaintiff ABIOMED, Inc., in the above-named action.

                                              Respectfully submitted,

                                              ABIOMED, Inc.,

                                              By its attorney,

                                              /s/ Gabriel M. Helmer
                                              Gabriel M. Helmer (BBO No. 652640)
                                              FOLEY HOAG LLP
                                              Seaport World Trade Center West
                                              155 Seaport Boulevard
                                              Boston, MA 02210
                                              (617) 832.1000

                                              ATTORNEY FOR PLAINTIFFS

Dated: March 9, 2005