UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. TURNBULL, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 05CV10105NMG |

### NOTICE OF APPEARANCE

Pursuant to Local Rules 5.1(a)(1) and 83.5.2 of the United States District Court for the District of Massachusetts, please enter the appearance of Erica Abate Recht of Birnbaum & Godkin, LLP, 268 Summer Street, Boston, MA 02210, telephone number (617) 542-3100, as attorney for defendant Michael E. Turnbull in this case.

Dated: March 31, 2005

Respectfully submitted,
MICHAEL L. TURNBULL,
By his attorneys,

/s/ Erica Abate Recht
David S. Godkin (BBO#196530)
Erica Abate Recht (BBO# 641452)
Birnbaum & Godkin, LLP
268 Summer Street
Boston, MA 02210
(617) 542-3100

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2005, I caused a true copy of the above document to be served upon counsel for Abiomed, Inc. by first class mail.

/s/ Erica Abate Recht
Erica Abate Recht