UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. TURNBULL, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 05CV10105NMG |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice of the change of address and telephone number of the undersigned as follows:

BIRNBAUM & GODKIN, LLP
280 Summer Street, 5th Floor
Boston, MA 02210-1108
Tel: 617-307-6100
Fax: 617-307-6101

Respectfully submitted,
MICHAEL L. TURNBULL,
By his attorneys,

Dated: July 11, 2005

/s/ David S. Godkin
David S. Godkin (BBO#196530)
Erica Abate Recht (BBO# 641452)
Birnbaum & Godkin, LLP
280 Summer Street, 5th Floor
Boston, MA 02210
Tel: 617-307-6100
Fax: 617-307-6101