UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL L. TURNBULL,  )<br>)<br>)<br>Defendant.  )<br>) | Civil Action No. 05CV10105NMG |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David S. Godkin

_____
Michael Turnbull

-2-

                                              Respectfully submitted,
                                              MICHAEL L. TURNBULL,
                                              By his attorneys,

Dated: July 11, 2005                     /s/David S. Godkin
                                              David S. Godkin (BBO#196530)
                                              Erica Abate Recht (BBO# 641452)
                                              Birnbaum & Godkin, LLP
                                              268 Summer Street
                                              Boston, MA 02210
                                              (617) 542-3100