UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL L. TURNBULL,<br><br>        Defendant. | Civil Action No. 05-10105 NMG |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Plaintiff hereby submits the following certification, pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts:

The undersigned counsel and the undersigned authorized representative of ABIOMED, Inc., hereby affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ABIOMED, Inc.,

_/s/ Michael P. Boudett_
Michael P. Boudett (BBO No. 558757)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832.1000

Dated: 7/12/05

ATTORNEYS FOR PLAINTIFF

ABIOMED, Inc.,

By: _/s/_
AUTHORIZED REPRESENTATIVE OF PLAINTIFF

Dated: 7/12/05