UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. TURNBULL, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>1:05-cv-10105-NMG |

### NOTICE OF WITHDRAWAL OF APPEARANCE

I, Brian P. Pezza, hereby withdraw my appearance as counsel for the defendant, Michael L. Turnbull ("Turnbull"), in the above-captioned matter. I hereby certify that:

1. A copy of my withdrawal of appearance will be served on Turnbull through his current counsel, David S. Godkin of Birnbaum & Godkin, LLP;

2. Attorney Godkin shall continue his representation of Turnbull in this matter;

3. This matter is not currently scheduled for trial, nor are there any motions pending or hearings scheduled before this Court; and

4. My withdrawal from this matter will not prejudice any party.

Dated: January 20, 2006

/s/ Brian P. Pezza
Brian P. Pezza, BBO #651076
Edwards Angell Palmer & Dodge, LLP
101 Federal Street
Boston, MA 02110
617-951-2291

### CERTIFICATE OF SERVICE

I, Brian P. Pezza, hereby certify that on January 20, 2006, a copy of the above Notice of Withdrawal of Appearance was served electronically on all counsel of record.

/s/ Brian P. Pezza
Brian P. Pezza