UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. TURNBULL, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 05CV10105NMG |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-entitled action, Plaintiff Abiomed, Inc. and Defendant Michael L. Turnbull, hereby jointly move to amend the Scheduling Order.

As grounds for this motion, the parties state that they timely served written discovery requests and responses in accordance with the Scheduling Order. Since then, the parties have deferred additional discovery and instead have engaged in discussions to attempt to reach a settlement. Such discussions are continuing, and the parties seek to avoid incurring additional litigation expense while they determine whether a negotiated settlement can be achieved.

The Scheduling Order provides that this matter is to be referred to mediation during the current month, March 2006. The parties intend to continue their efforts to negotiate a settlement for the remainder of March 2006. If their efforts are not successful, the parties are in agreement that this matter should be referred to mediation in April 2006.

- 2 -

Accordingly, the parties respectfully jointly request that the Court amend the Scheduling Order as follows to allow the parties more time to attempt to resolve this matter without incurring additional litigation expenses. The parties believe that the following proposed dates will allow them sufficient time to complete discovery and prepare for trial should their efforts to reach a settlement be unsuccessful.

1. Fact and Expert Depositions completed by September 29, 2006;

2. All trial experts by plaintiff are to be designated and the disclosure of information contemplated by FRCP, Rule 26(a)(2) by July 20, 2006, trial experts and designated and disclosure of information, rebuttal August 18, 2006, sur-rebuttal reports September 8, 2006.

3. All dispositive motions, including motions for summary judgment, are to be filed by October 27, 2006 and responses November 17, 2006;

4. Discovery is to be completed by September 29, 2006 unless shortened or enlarged by Order of the Court;

5. Referred to mediation April 2006;

6. A final pretrial conference will be held at the Court's convenience to be notified by the Court, and must be attended by trial counsel. Counsel shall be prepared to commence trial as of the date set by the Court.

WHEREFORE, the parties request that their Joint Motion to Amend Scheduling Order be granted.

| | |
|---|---|
| ABIOMED, INC., <br> By its attorneys, | MICHAEL L. TURNBULL, <br> By his attorneys, |
| /s/ Michael P. Boudett <br> Michael P. Boudett (BBO No. 558757) <br> Gabriel M. Helmer (BBO No. 652640) <br> Foley Hoag LLP <br> 155 Seaport Blvd. <br> Boston, MA 02210 <br> (617) 832-1000 | /s/ Erica Abate Recht <br> David S. Godkin (BBO No. 196530) <br> Erica Abate Recht (BBO No. 641452) <br> Birnbaum & Godkin LLP <br> 280 Summer Street <br> Boston, MA 02210 <br> (617) 307-6100 |

DATED: March 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2006, I caused a true copy of the above document to be served upon counsel for Abiomed, Inc. by electronic means.

/s/ Erica Abate Recht
Erica Abate Recht