UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. TURNBULL, )<br>)<br>Defendant. )<br>) | Civil Action No. 05CV10105NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereto, by their counsel duly authorized, hereby stipulate to a dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each Party shall bear its own costs and attorneys' fees, and waives all rights of appeal.

| | |
|---|---|
| ABIOMED, INC.,<br>By its attorneys, | MICHAEL L. TURNBULL,<br>By his attorneys, |
| /s/ Michael P. Boudett<br>Michael P. Boudett (BBO No. 558757)<br>Gabriel M. Helmer (BBO No. 652640)<br>Foley Hoag LLP<br>155 Seaport Blvd.<br>Boston, MA  02210<br>(617) 832-1000 | /s/ David S. Godkin<br>David S. Godkin (BBO No. 196530)<br>Erica Abate Recht (BBO No. 641452)<br>Birnbaum & Godkin LLP<br>280 Summer Street<br>Boston, MA  02210<br>(617) 307-6100 |

Dated: June 23, 2006

**CERTIFICATE OF SERVICE**

I, David S. Godkin, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2006

/s/ David S. Godkin
David S. Godkin