# United States District Court
# District of Massachusetts

ABIOMED, INC.,
    Plaintiff,

v.                                  CIVIL ACTION NO. 2005-10105-NMG

MICHAEL L. TURNBULL,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    A mediation session was scheduled for July 20, 2006.

    The case has SETTLED and a Stipulation of Dismissal with prejudice has been filed.

<u>June 26, 2006</u>                                *Robert B. Collings*
DATE                                       ROBERT B. COLLINGS
                                               United States Magistrate Judge

Copy to:     Judge Gorton
                Rebecca Tyler, Esquire,
                Counsel for all parties.